UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PIERRE,<br><br>                          Plaintiff,<br><br>v.<br><br>HOBART VARIETY STORE, INC., et al.,<br><br>                          Defendants. | 24-CV-3357 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      As discussed on the record before the Court on August 21, 2024, the parties are ordered to file a status letter on ECF within **seven days** of their settlement conference. The settlement referral shall issue separately. If settlement negotiations are unsuccessful, the parties are directed to file a proposed case management plan and scheduling order within 21 days of the aforementioned status letter. That form is available at the Court's webpage: https://www.nysd.uscourts.gov/hon-dale-e-ho.

      Plaintiff is directed to serve a copy of this Order via priority mail to Non-Appearing Defendant 1821 Buildings LLC. Plaintiff shall file proof of service by **August 26, 2024**.

      SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                                              DALE E. HO
                                                United States District Judge