UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

    Plaintiff,

-against-

HOBART VARIETY STORE INC, et al.,

    Defendants.

24-CV-03357 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential settlement letters, submitted in advance of the settlement conference scheduled for October 1, 2024. Both sides state that they previously negotiated a settlement agreement. Plaintiff states that defendant Hobart Variety Store Inc. (Hobart) inexplicitly refused to sign it. Defendant Hobart acknowledges that there was a proposed settlement agreement, but does not address why it did not sign that agreement.

    Consequently, it is hereby ORDERED that no later than **5:00 p.m. on Monday, September 30, 2024**, the parties shall separately submit by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov:

1) from plaintiff, a copy of the proposed settlement agreement and a supplemental pre-settlement letter informing the Court whether she is still willing to settle on those terms; and

2) from defendant Hobart, a supplemental pre-settlement letter informing the Court why it did not sign the proposed settlement agreement and (if it remains unwilling to do so), what settlement terms it proposes. Defendant must also submit Exhibits 1, 2 and 3 to its original settlement letter, which were not attached.

Dated: New York, New York
       September 27, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**