Application GRANTED. Pursuant to the parties' request, this matter is hereby terminated. SO ORDERED.

Date: November 5, 2024
New York, New York

Dale E. Ho
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        Plaintiff,

-against-

HOBART VARIETY STORE INC.,
and 1821 BUILDINGS LLC,

        Defendants.

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Civil Action No.: 1:24-cv-03357-DEH

This matter has been resolved amongst the parties. Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOCELYN PIERRE by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants Hobart Variety Store Inc. and 1821 Buildings LLC, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
       October 14, 2024

THE MARKS LAW FIRM, PC

By: _____
    Darren R. Marks, Esq.
155 E 55th Street, Suite 4H
New York, NY 1002
T:(646) 960-7820
F: (646) 770- 2639
E: darren@markslawpc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

JOCELYN PIERRE,

                              Plaintiff,

    -against-

HOBART VARIETY STORE INC., and 1821 BUILDINGS LLC,

                              Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 960-7820
Email: darren@markslawpc.com